**United States District Court**
For the Northern District of California

**E-filed 3/14/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL CALIX, | No. C 10-5895 RS |
| Plaintiff, | |
| v. | **ORDER RE ADMISSION OF COUNSEL *PRO HAC VICE* AND POTENTIAL CONSOLIDATION OF CASES** |
| APPLE, INC. | |
| Defendants. | |

_____/

1.  Good cause appearing under the particular circumstances of this action, subject to counsel for plaintiff applying and otherwise qualifying for *pro hac vice* admission, they shall be relieved from the requirement of Civil Local Rule 11-3 (a)(3) to designate local co-counsel.

2.  In view of the order relating this action to *Gallion v. Apple, Inc*., 10-1610-RS and *Corsi v Apple, Inc.*, 10-3316, and of the order entered in the docket of *Gallion* (but not in *Corsi* or this action) appointing interim lead counsel to serve in all three cases, the parties shall meet and confer to determine if consolidation of the three actions is appropriate.  If the parties reach agreement, they shall submit a stipulation to consolidate the actions under a single caption, with the other two case files to be closed.  If one or more parties objects to consolidation, or believes there is reason to keep

1   more than one case file open, they may file a letter brief setting forth their position within 20 days of

2   the date of this order.

3

4

5   IT IS SO ORDERED.

6

7   Dated:  3/14/11

              RICHARD SEEBORG

8                 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California